IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FILED

2015 AUG 31 AM 11: 27

LAURIE SPAULDING AND
CARNELIA DICKSON,
    Plaintiffs,
v.

Case No: OCALA FL

5:15-CV-442-OC-30PRL

CONTEMPORARY CHRISTIAN OUTREACH
MINISTRIES, INC. d/b/a KINGDOM CHRISTIAN
ACADEMY and KATHRYN J. CROWELL,
    Defendants.
_____/

## COMPLAINT

COMES NOW the Plaintiffs, LAURIE SPAULDING and CARELIA DICKSON, (hereinafter referred to as "Plaintiffs"), by and through their undersigned counsel and sues the Defendants, CONTEMPORARY CHRISTIAN OUTREACH MINISTRIES, INC. and KATHRYN J. CROWELL (hereinafter referred to as "Defendants"), and state as follows:

### INTRODUCTION

1.    This is an action by Plaintiffs against their former employers for violation of the minimum wage provisions of the Fair Labor Standards Act ("FLSA"). Plaintiffs seek damages and a reasonable attorney's fee.

### JURISDICTION

2.    This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, et. seq. The Court has jurisdiction over the FLSA claims pursuant to 29 U.S.C. § 216(b).

### VENUE

3.    The venue of this Court over this controversy is proper based upon the claim arising in the Middle District - specifically Ocala, FL.

## THE PARTIES

4. Defendants employed Plaintiffs from at least July 16, 2015 through to August 12, 2015 at an hourly rate of $7.25 per hour as preschool workers in Marion County.

5. Defendants were Plaintiffs' employer as defined by 29 U.S.c. § 203(d).

6. Plaintiffs were employees of Defendants, and were engaged in commerce as defined by 29 U.S.C. §§206(a) and 207(a)(1).

7. Defendants are an enterprise, engaged in commerce or in the production of goods for commerce as defined by 29 U.S.C. §203(s)(1).

8. Alternatively, Plaintiffs were individual employee whose work affects interstate commerce.

9. Additionally and alternatively, Defendants operate a preschool. The 1972 Amendments to the FLSA specifically extended FLSA coverage to preschools as covered "enterprises," regardless of whether public or private or operated for profit or not for profit, and without regard to the annual dollar volume of the business.

10. During Plaintiffs' employment, Defendant, KATHRYN J. CROWELL, was the owner and/or officer of Defendant, CONTEMPORARY CHRISTIAN OUTREACH MINISTRIES, INC.

11. During Plaintiffs employment, Defendant, KATHRYN J. CROWELL, was acting directly or indirectly in the interest of Defendant, CONTEMPORARY CHRISTIAN OUTREACH MINISTRIES, INC. in relation to Plaintiffs' employment and was substantially in control of the terms and conditions of the employee's work and is therefore considered a statutory employer under 29 U.S. C. § 203(d).

12. Plaintiffs retained the undersigned firm to represent them in this matter and has agreed to pay said firm a reasonable attorney's fee for its services.

13. Any and all conditions precedents have occurred, have been waived, are nonexistent or have lapsed.

## COUNT I
## VIOLATION OF THE MINIMUM WAGE PROVISIONS OF THE FLSA

14. Plaintiffs re-alleges and incorporates herein the allegations contained in paragraphs 1 through 13, above.

15. Defendants willfully violated the FLSA, by failing to compensate the Plaintiffs at a rate equal to the minimum wage requirement for work performed while employed by the Defendants during the time period of July 16, 2015 through to August 12, 2015.

WHEREFORE, all Plaintiffs demands a judgment against all Defendants, jointly and severally, for the following:

(a) Wages found to be due and owing;

(b) An additional equal amount equal to the unpaid minimum wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) A reasonable attorney's fee and costs; and,

(e) Such other relief as the Court deems just and equitable.

Dated:  August 24, 2015

                                          Respectfully submitted,

                                          /s/  Michael Massey

                                          _____

                                          Michael Massey  
                                          Florida Bar No. 153680  
                                          Massey & Duffy  
                                          855 E. Univ. Ave.  
                                          Gainesville, FL 32601  
                                          (352) 505-8900