UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LAURIE SPAULDING,
CARNELIA DICKSON
AND GENEA DICKSON,

        Plaintiffs,

CASE NO.: 5:15-CV-00442

v.

CONTEMPORARY CHRISTIAN
OUTREACH MINISTRIES, INC.
d/b/a KINGDOM CHRISTIAN
ACADEMY and KATHRYN J.
CROWELL,

        Defendants.
_____/

**REPORT REGARDING SETTLEMENT**

      Plaintiffs and Defendants file this Report Regarding Settlement per the Court's Scheduling Order of October 26, 2015 and state as follows: the parties held the settlement conference on December 15, 2015 at 1pm, have not settled, but wish to continue settlement discussions for 30 days.

December 15, 2015

/s/ Michael Massey
Michael Massey
Fla. Bar. No. 153680
855 E. Univ. Ave.
Gainesville, FL 32601
352.505.8900

*/s/ Joelle Schultz*
LAW OFFICE OF ROBERT ECKARD & ASSOCIATES, P.A.
3110 Alternate US 19 North
Palm Harbor, FL 34683
Office: (727) 772-1941
Facsimile: (727) 771-7940
E-Mail address: Joelle@Roberteckardlaw.com