UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
OCALA DIVISION

**LAURIE SPAULDING**
**CARNELIA DICKSON AND**
**GENEA DICKSON**                                  **CASE NO.: 5:15-CV-00442**

    **Plaintiffs,**

**v.**

**CONTEMPORARY CHRISTIAN OUTREACH**
**MINISTRIES, INC. d/b/a KINGDOM CHRISTIAN**
**ACADEMY and KATHRYN J. CROWELL**

    **Defendants.**
_____/

## DEFENDANTS' COUNSEL'S AMENDED UNOPPOSED MOTION TO WITHDRAW
### (Amended as to Certificate of Service Only)

**COMES NOW**, THE LAW OFFICE OF ROBERT ECKARD & ASSOCIATES, P.A. and specifically, JOELLE SCHULTZ, ESQUIRE (collectively, "LORE"), attorneys for the Defendants, Contemporary Christian Outreach Ministries, Inc. d/b/a Kingdom Christian Academy ("Kingdom Christian") and Kathryn Crowell ("Ms. Crowell"), and with the consent of Plaintiffs, respectfully requests this Honorable Court permit LORE to withdraw as counsel for the Defendants pursuant to Florida Rules of Professional Responsibility 4-1.16(b)(1),(4) and (5). In support thereof, LORE states:

1.    The Rules Regulating the Florida Bar, Rule 4-1.16(b)(1) states that a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client. Here, withdraw will not result in material adverse effect on the interest of the client.

2. The Rules Regulating the Florida Bar, Rule 4-1.16(b)(4) states that a lawyer may withdraw from representing a client if the client the representation will result in an unreasonable financial burden on the lawyer.

3. The Rules Regulating the Florida Bar, Rule 4-1.16(b)(4) also states that a lawyer may withdraw from representing a client if representation has been rendered unreasonably difficult by the client.

4. The Rules Regulating the Florida Bar, Rule 4-1.16(b)(5) states that a lawyer may withdraw from representing a client if there is other good cause for withdrawal exists.

5. Other good cause exists as a conflict of interest has arisen and the undersigned is no longer able to represent the interests of both Defendants as she believes they are now adverse to one another.

6. LORE is requesting withdrawal based upon each and every one of the forgoing reasons.

7. The Plaintiffs do not oppose the relief requested herein.

8. The undersigned requests that all further pleadings, notices, correspondence or otherwise, be directed to:

Ms. Kathryn Crowell
2825 S. W. 34th Avenue
Ocala, FL 34474
E-Mail: KingdomChristianAcademy@Centurylink.net

And,

Contemporary Christian Outreach
Ministries, Inc. d/b/a Kingdom Christian Academy
c/o Nathanial Grate
Phone: 352-438-5464

And to,

Dr. Sonya Miller-Mitchell
Registered Agent
724 South Magnolia Avenue
Ocala, Florida 34471

**WHEREFORE,** the undersigned respectfully requests this Honorable Court to permit The Law Office of Robert Eckard & Associates, P.A. and specifically, Joelle Schultz, Esquire, to withdraw as attorneys of record for the Defendants, Contemporary Christian Outreach Ministries, Inc. d/b/a Kingdom Christian Academy and Kathryn Crowell, relieve The Law Office of Robert Eckard & Associates, P.A. from any and all further obligations from representation thereof, and grant such other relief as this Honorable Court deems proper and just.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 7, 2016 I electronically filed the foregoing with the Clerk of Court by using CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized or do not receive electronically Notices of Electronic by U.S. Mail and Email at the addresses listed below

**LAW OFFICE OF ROBERT ECKARD
& ASSOCIATES, P.A.**

*s/ Joelle Schultz*_____
**ROBERT D ECKARD, B.C.S.
LEAD TRIAL ATTORNEY
FBN: 0162655
JOELLE SCHULTZ, ESQUIRE
FBN: 0048204
3110 Alternate U.S. 19 North
Palm Harbor, FL 34683
(727) 772-1941 Telephone
(727) 771-7940 Facsimile**
Robert@RobertEckardLaw.com
Joelle@RobertEckardLaw.com

*Counsel for Defendants*

SERVICE LIST
*Laurie Spaulding, et al. v. Contemporary Christian Academy, etc., et al.*
Case Number: 5:15-cv-00442
United States District Court, Northern District of Florida
Ocala Division

Michael O. Massey, Esq.
855 East University Avenue
Gainesville, FL 32601
Phone: (352) 505-8900
Fax: (352) 414-5488
E-Mail: Masseylaw@gmail.com

Dr. Sonya Miller-Mitchell
724 South Magnolia Avenue
Ocala, FL 34471

Mr. Grate Nathaniel
2825 S.W. 34th Avenue
Ocala, FL 34474

Ms. Kathryn Crowell
2825 S. W. 34th Avenue
Ocala, FL 34474
E-Mail: KingdomChristianAcademy@Centurylink.net