# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

LAURIE SPAULDING, CARNELIA
DICKSON and GENEA DICKSON,

    Plaintiffs,

v.                                                                           Case No: 5:15-cv-442-Oc-30PRL

CONTEMPORARY CHRISTIAN
OUTREACH MINISTRIES, INC. and
KATHRYN J. CROWELL,

    Defendants.

## ORDER

THIS CAUSE comes before the Court sua sponte. A review of the file indicates that Defendant Contemporary Christian Outreach Ministries, Inc. has failed to obtain counsel as directed by this Court's order entered on January 8, 2016. (Doc. 19). Local Rule 2.03(e) provides: "A corporation may appear and be heard only through counsel admitted to practice in the Court pursuant to Rule 2.01 or Rule 2.02."

Accordingly, it is ORDERED AND ADJUDGED that Defendant Contemporary Christian Outreach Ministries, Inc. shall obtain counsel **within twenty (20) days** of the date of this Order. After obtaining counsel, counsel shall file a notice of appearance on behalf of Defendant Contemporary Christian Outreach Ministries, Inc. **Failure to timely do so shall result in a court's default being entered against Defendant Contemporary Christian Outreach Ministries, Inc. without further notice.**

**DONE** and **ORDERED** in Tampa, Florida, this 11th day of February, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\OCALA\2015\15-cv-442 osc corp counsel.docx