UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LAURIE SPAULDING, CARNELIA
DICKSON and GENEA DICKSON,

    Plaintiffs,

v.                                                              Case No: 5:15-cv-442-Oc-30PRL

CONTEMPORARY CHRISTIAN
OUTREACH MINISTRIES, INC. and
KATHRYN J. CROWELL,

    Defendants.

## ORDER

    THIS CAUSE comes before the Court sua sponte. On February 11, 2016, this Court entered an order (Doc. 21) which instructed:

> Defendant Contemporary Christian Outreach Ministries, Inc. shall obtain counsel **within twenty (20) days** of the date of this Order. After obtaining counsel, counsel shall file a notice of appearance on behalf of Defendant Contemporary Christian Outreach Ministries, Inc. **Failure to timely do so shall result in a court's default being entered against Defendant Contemporary Christian Outreach Ministries, Inc. without further notice.**

    A review of the file reveals that Defendant Contemporary Christian Outreach Ministries, Inc. has failed to comply with this Court's Order. As the Court previously stated, Defendant Contemporary Christian Outreach Ministries, Inc. is a corporation, and it cannot proceed pro se in this action. Because it failed to comply with this Court's order,

default should be entered against Defendant Contemporary Christian Outreach Ministries, Inc.

Accordingly, it is ORDERED AND ADJUDGED that:

1. A default is hereby entered against Defendant Contemporary Christian Outreach Ministries, Inc. by this Court.

2. The Clerk is directed to enter default against Defendant Contemporary Christian Outreach Ministries, Inc.

3. On or before April 7, 2016, Plaintiffs may seek default judgment against Defendant Contemporary Christian Outreach Ministries, Inc.

**DONE** and **ORDERED** in Tampa, Florida, this 7th day of March, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

S:\OCALA\2015\15-cv-442 Court default.docx