IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LAURIE SPAULDING
CARELIA DICKSON, and
GENEA DICKSON,

    Plaintiffs,                                     Case No: 5:15-cv-442-oc-30 PRL

v.

CONTEMPORARY CHRISTIAN OUTREACH
MINISTRIES, INC. d/b/a KINGDOM CHRISTIAN
ACADEMY and KATHRYN J. CROWELL,

    Defendants.
_____/

## MOTION FOR FINAL JUDGMENT

Plaintiffs, LAURIE SPAULDING CARELIA DICKSON, and GENEA DICKSON move for a final judgment against SunTrust Bank and state as follows:

1. On May 18, 2016, the Court entered a Judgment in the sum of $21,465.10 against the Defendant. Plaintiff requested this Court issue a Writ of Garnishment on SunTrust Bank in that sum; a Writ was subsequently issued and served on SunTrust Bank on May 26, 2016.

2.  SunTrust Bank answered the Writ on July 28, 2016 indicating it was holding $10,840.40 belonging to the Defendants.[1]

WHEREFORE, Plaintiffs respectfully request judgment be entered in favor of Plaintiffs and their counsel against SunTrust Bank in the sum of $10,840.40 and for an Order requiring SunTrust Bank to deliver any and all funds or assets it holds belonging to the Defendant to the undersigned counsel up to and including the value of $21,465.10.

Dated:   September 2, 2016

>  Respectfully submitted,
>
>  /s/  Michael Massey
>  Michael Massey
>  Florida Bar No. 153680
>  Massey & Duffy
>  855 E. Univ. Ave.
>  Gainesville, FL 32601
>  (352) 505-8900

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing has been delivered electronically by filing the same with the Court's electronic filing system which will serve a copy on Defendant and SunTrust's counsel at the following addresses on this Sept. 2, 2016:

>  /s/  Michael Massey
>  Michael Massey

---

[1] The undersigned has paid to Defendant the $100 statutory garnishment fee it demanded in its answer.