**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

LORI SPAULDING, CERELIA
DICKSON and GENEA DICKSON,

    Plaintiffs,

v.                                                  Case No: 5:15-cv-442-Oc-30PRL

CONTEMPORARY CHRISTIAN
OUTREACH MINISTRIES, INC.,

    Defendant.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Philip R. Lammens (Doc. 50). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Doc. 50) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Plaintiff's Motion for Final Judgment (Doc. 49) is GRANTED.

3. The Clerk is directed to enter a judgment of garnishment in favor of Plaintiffs and against Garnishee SunTrust Bank in the sum of $10,840.40.

4. Garnishee SunTrust Bank is directed to deliver any and all funds or assets it holds belonging to Defendant Contemporary Christian Outreach Ministries, Inc. to Plaintiffs' counsel Michael O. Massey, 855 E. University Avenue, Gainesville, FL 32601, up to and including the value of $21,465.10.

**DONE** and **ORDERED** in Tampa, Florida, this 27th day of October, 2016.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record